UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONNOR HUNTLEY,

    Plaintiff,

v.                                              Case No. 8:25-CV-1318-MMS-CPT

HILLSBOROUGH COUNTY
SHERIFF'S OFFICE, et al.,

    Defendants.

_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**

TO: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court. Pursuant to Local Rule 2.02(a), I appear in this case as lead counsel for: Defendant STATE ATTORNEY SUSAN LOPEZ. All future pleadings, orders, documents, and correspondence in this case should be served upon the undersigned.

                              Respectfully Submitted,

                              **JAMES UTHMEIER**
                              **ATTORNEY GENERAL**

                              /s/Juliana Tirado
                              Juliana Tirado
                              Assistant Attorney General
                              Florida Bar No. 1037499
                              Office of the Attorney General
                              3507 E. Frontage Road, Suite 200
                              Tampa, Florida 33607
                              T- (813) 577-4526; F- (813) 281-1859
                              Juliana.Tirado@myfloridalegal.com

*Counsel for State Attorney Susan Lopez*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I further certify that the foregoing is being served this day via First-Class U.S. Mail to: Plaintiff, Connor Thomas Huntley, pro se, at 6353 Vibemum Ct., Apt 237, Apollo Beach, Florida 33572.

/s/ Juliana Tirado
Juliana Tirado
Assistant Attorney General