UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONNOR HUNTLEY,

    Plaintiff,

v.                                            Case No. 8:25-CV-1318-MMS-CPT

HILLSBOROUGH COUNTY
SHERIFF'S OFFICE, et al.,

    Defendants.
_____/

**DEFENDANT STATE ATTORNEY SUSAN LOPEZ'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant State Attorney Susan Lopez ("Defendant" or "State Attorney Lopez"), by and through undersigned counsel, respectfully moves this Honorable Court for an extension of time of 45 days to respond to Plaintiff's Complaint. ECF No. 1. In support thereof, Defendants state the following:

1. On or about May 23, 2025, Plaintiff Connor Huntley, pro se, filed his Complaint naming State Attorney Lopez as a Defendant in her official capacity. ECF No. 1.

2. State Attorney Lopez was served with summons and a copy of the Complaint on June 13, 2025. ECF No. 24.

3. On June 26, 2025, Plaintiff filed his First Amended Complaint terminating State Attorney Lopez as a Defendant. ECF No. 26.

4.  Several Defendants filed a joint Motion to Strike Plaintiff's Amended Complaint on June 30, 2025. ECF No. 27.

5.  Defendants' Motion to Strike is still currently pending.

6.  It is unclear which Complaint should be treated as the operative Complaint for the purpose of State Attorney Lopez's status as a named Defendant and her response deadline.

7.  The nature of Plaintiff's claims, as well as the current status of this case, necessitates an extension of time in order to clarify the Defendant's role in this case and prepare a proper response.

8.  Defendant respectfully seeks an extension of time of 45 days, up to and including August 21, 2025, to respond to Plaintiff's Complaint. This brief extension of time will give the undersigned counsel sufficient opportunity to review all necessary materials relating to the underlying case and request clarification as to the potential dismissal of State Attorney Lopez.

9.  This Motion is made in good faith and not made for the purpose of delay. This is Defendant's first request for an extension of time and Plaintiff will not be prejudiced by the granting of this request. Furthermore, Plaintiff has indicated he does not oppose the requested extension.

## **MEMORANDUM OF LAW**

Fed. R. Civ. P. 6(b)(1)(A) permits the Court, for good cause, to extend the time period to respond to pleadings upon a request made before the time period to respond has expired. District Courts have broad discretion in managing their cases.

*Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Further, courts in other jurisdictions have noted that "requests for extensions of time made before the applicable deadline has passed should normally…be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (citations and internal quotations omitted).

Defendant's extension request falls within this Court's discretionary authority. Additional time is needed in order to gather and review all materials, request clarification, and prepare the response on behalf of the defendant. Plaintiff will not be prejudiced by the granting of this request for a brief extension. Further, Plaintiff has indicated he does not oppose the requested extension.

WHEREFORE, Defendant respectfully moves this Honorable Court for an extension of time, up to and including August 21, 2025, in which to complete and file the response to Plaintiff's Complaint.

Respectfully Submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

/s/Juliana Tirado
Juliana Tirado
Assistant Attorney General
Florida Bar No. 1037499
Office of the Attorney General
3507 E. Frontage Road, Suite 200
Tampa, Florida 33607
T- (813) 577-4526; F- (813) 281-1859
Juliana.Tirado@myfloridalegal.com

*Counsel for State Attorney Susan Lopez*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Pursuant to Local Rule 3.01(g), the undersigned counsel conferred with Plaintiff via phone call on July 7, 2025. Plaintiff has **no objection** to the requested extension of time.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I further certify that the foregoing is being served this day via First-Class U.S. Mail to: Plaintiff, Connor Thomas Huntley, Pro Se, at 6353 Vibemum Ct., Apt 237, Apollo Beach, Florida 33572.

/s/ Juliana Tirado
Juliana Tirado
Assistant Attorney General