UNITED STATES DISTRICT COURT
SOUTHARD DISTRICT OF FLORIDA

CASE NO.: 8:25-cv-01318-MSS-CPT

CONNOR HUNTLEY,

    Plaintiff,

v.

HILLSBOROUGH COUNTY SHERIFF'S OFFICE,
CHAD CHRONISTER, in his official capacity as Sheriff of Hillsborough County,
SYED SALMAN, in his individual capacity,
AMELIA J. TENNEY-LAMOUREUX, in her individual capacity,
REED A. SERVICE, in his individual capacity,
BRANDON M. GHABBOUR, in his individual capacity,
OFFICE OF THE STATE ATTORNEY, 13TH JUDICIAL CIRCUIT,
SUSAN S. LOPEZ, in her official capacity as State Attorney,
ROSEANNA MARIE WRIGHT, in her individual capacity,
NATASHA JACKSON, in her individual capacity,
ALEXANDER WILDE, in his individual capacity,
ROBERT FIGUEROA, in his individual capacity,
GREGORY TINDALL, in his individual capacity,

    Defendants.
_____/

**NOTICE OF LEAD COUNSEL APPEARANCE AND DESIGNATION OF PRIMARY AND SECONDARY EMAIL ADDRESSES**

**NOTICE IS HEREBY GIVEN** that Stephanie Pidermann, Esq., of the law firm of Lydecker LLP, hereby enter appearance as counsel for Defendant, NATASHA JACKSON, in this case. By filing this Notice of Appearance, Defendant does not waive its right to challenge this Court's jurisdiction.

| Primary e-mail address for counsel | Secondary e-mail address |
|---|---|
| Stephanie Pidermann, Esq.<br>sp@lydecker.com | Evelyn Valido<br>eve@lydecker.com |

By filing this Notice of Appearance, Defendant does not waive its right to challenge jurisdiction. Service of all future pleadings, notices, and orders should be made upon the designated counsel at the e-mail addresses provided above.

Dated: <u>July 9, 2025</u>

                                                Respectively Submitted,

By:   */s/ Stephanie Pidermann*
        STEPHANIE PIDERMANN, ESQ.
        Florida Bar No: 60414
        sp@lydeckerdiaz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on July 9, 2025. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

                                                /s/ *Stephanie Pidermann*
                                                Stephanie Pidermann, Esq.

## **SERVICE LIST**

Connor Huntley
353 Vibernum Ct. #237
Apollo Beach, Florida 33572
Telephone: (813) 517-4919
*Pro-Se Plaintiff*