# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CONNOR HUNTLEY

    Plaintiff,

v.                                                                    8:25-cv-01318-MSS-CPT


HILLSBOROUGH COUNTY SHERIFF'S OFFICE,
CHAD CHRONISTER, in his official capacity as Sheriff
of Hillsborough County,
SYED SALMAN, in his individual capacity,
AMELIA J. TENNY-LAMOUREUX, in her individual capacity,
REED A. SERVICE, in his individual capacity,
BRANDON M. GHABBOUR, in his individual capacity,
OFFICE OF THE STATE ATTORNEY, 13TH JUDICIAL CIRCUIT,
SUSAN S. LOPEZ, in her official capacity as State Attorney,
ROSEANNA MARIE WRIGHT, in her individual capacity,
NATASHA JACKSON, in her individual capacity,
ALEXANDER WILDE, in his individual capacity,
ROBERT FIGUEROA, in his individual capacity,
GREGORY TINDALL, in his individual capacity,

    Defendants.

_____/

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

    Defendants, ALEXANDER WILDE, NATASHA JACKSON, and ROSEANNA

MARIE WRIGHT, (collectively "Defendants") by and through undersigned counsel,

pursuant to Fed. R. Civ. P. 6(b) respectfully move for an extension of time up to and

including August 13, 2025, to respond to Plaintiff's Amended Complaint, and in support state as follows:

1.  Plaintiff originally filed this lawsuit on May 23, 2025. [DE 1].

2.  Defendants Alexander Wilde ("Wilde") and Natasha Jackson ("Jackson") were not served with the original Complaint until June 13, 2025. [DE 23].

3.  Thereafter, Plaintiff's Amended Complaint was entered on June 30, 2025. [DE 26]. As such, Defendants Wilde and Jackson's response to the Amended Complaint is due on or before July 14, 2025.

4.  Notably, Defendant Roseanna Marie Wright ("Wright"), who is also represented by the undersigned, was only just served with the Amended Complaint on July 11, 2025, and therefore, a response to the Amended Complaint would be due on or before August 1, 2025.

5.  In the interest of efficiency and to allow undersigned counsel to prepare a consolidated response on behalf of all three Defendants, Defendants respectfully request that the Court extend the deadline by 30 days for all Defendants to respond to the Complaint, making a response due on August 11, 2025.

6.  Pursuant to Fed. R. Civ. P. 6(b)(1), upon good cause, the Court may enlarge the period of time within which a defendant must serve its responsive pleadings or motion.

7.    Additionally, given the extensive nature of Plaintiff's Amended Complaint, undersigned has not yet had the opportunity to fully evaluate or respond to the allegations raised by Plaintiff and needs additional time to correspond with their client and more fully investigate the allegations contained in the Amended Complaint.

8.    This motion is brought in good faith and without any purpose to delay. Further, Defendant Wright was only very recently served with the Complaint. Thus, the enlargement of time requested by Defendants will not prejudice the Court or the parties.

9.    Defendant has conferred with Plaintiff as to his position regarding Defendant's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint. Plaintiff was inclined to agree to Defendants' requested extension in exchange for Defendants waiving any objections to service of process or personal jurisdiction. However, due to Defendants refusal to waive arguments at this time, Plaintiff has objected to Defendants' requested extension.

10.  For the aforesaid reasons, Defendants, ALEXANDER WILDE, NATASHA JACKSON, and ROSEANNA MARIE WRIGHT,  respectfully request that the Court enter an Order granting the Defendants an extension of time up to and including August 11, 2023, to file an answer, motion, or otherwise respond to Plaintiff's Amended Complaint.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Defendant has conferred with Plaintiff on July 14, 2025 as to his position regarding Defendant's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint via email. Plaintiff was inclined to agree to Defendants' requested extension in exchange for Defendants waiving any objections to service of process or personal jurisdiction. However, due to Defendants refusal to waive arguments at this time, Plaintiff has objected to Defendants' requested extension

Dated: July 14, 2025

Respectively Submitted,

By: /s/ *Yina Cabrera*_____
YINA CABRERA, ESQ.
Florida Bar No: 1031499
YC@lydecker.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on July 14, 2025. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

/s/ *Yina Cabrera*
YINA CABRERA, ESQ.

## SERVICE LIST

Connor Huntley

Plaintiff
huntleyconnor@hotmail.com