NOT FOR PUBLICATION

# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 25-12102
Non-Argument Calendar
_____

CONNOR HUNTLEY,

                              *Plaintiff-Appellee*,

versus

HILLSBOROUGH COUNTY SHERIFF'S
OFFICE, et al.,

                              *Defendants*,

GREGORY TINDALL,
  in his individual capacity,

                              *Defendant-Appellant*.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:25-cv-01318-MSS-CPT
_____

Before WILLIAM PRYOR, Chief Judge, and JILL PRYOR and BRANCH, Circuit Judges.

PER CURIAM:

  Officer Gregory Tindall appeals the denial of his motion for summary judgment against Connor Huntley's complaint that Tindall violated his constitutional right of access to the courts. *See* 42 U.S.C. § 1983. Tindall argued that he is entitled to qualified immunity. In a three-sentence paperless order, the district court denied Tindall's motion as "premature." It reasoned that "a motion for summary judgment is premature if filed before discovery has taken place." The district court committed reversible error. We vacate and remand for further proceedings.

  Our precedent required the district court to rule promptly on Tindall's entitlement to qualified immunity. *See Miller v. Palm Beach Cnty. Sheriff's Off.*, 129 F.4th 1329 (11th Cir. 2025). "As the Supreme Court has made clear, qualified immunity is an immunity from suit that grants officials an entitlement not to stand trial or face the other burdens of litigation." *Id.* at 1333 (internal quotation marks and citations omitted). A district court must resolve the defense of qualified immunity "at the earliest possible stage in litigation." *Id.* (internal quotation marks and citations omitted). And it must provide a sufficient explanation for its decision "on a claim-by-claim . . . basis" for us to provide meaningful appellate review. *Id.* "We have repeatedly held that a district court errs when it reserves ruling on an official's entitlement to qualified immunity." *Id.*

25-12102        Opinion of the Court        3

We **VACATE** the order denying Tindall's motion for summary judgment and **REMAND** with instructions to rule on his entitlement to qualified immunity.

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 05, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 25-12102-JJ
Case Style: Connor Huntley v. Gregory Tindall
District Court Docket No: 8:25-cv-01318-MSS-CPT

<u>Opinion Issued</u>
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

<u>Petitions for Rehearing</u>
The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing.

<u>Costs</u>
Each party to bear its own costs.

<u>Attorney's Fees</u>
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

<u>Appointed Counsel</u>
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion