UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONNOR HUNTLEY,

    Plaintiff,

v.                                                  Case No.: 8:25-cv-1318-MSS-CPT

HILLSBOROUGH COUNTY SHERIFF'S OFFICE;
CHAD CHRONISTER, in his official capacity as Sheriff of Hillsborough County;
SYED SALMAN, in his individual capacity;
AMELIA J. TENNEY-LAMOUREUX, in her individual capacity;
REED A. SERVICE, in his individual capacity;
BRANDON M. GHABBOUR, in his individual capacity;
ROSEANNA MARIE WRIGHT, in her individual capacity;
NATASHA JACKSON, in her individual capacity;
ALEXANDER WILDE, in his individual capacity;
ROBERT FIGUEROA, in his individual capacity; and
GREGORY TINDALL, in his individual capacity,

    Defendants.
_____/

## **NOTICE OF APPEARANCE**

Plaintiff, CONNOR HUNTLEY, by and through undersigned counsel, hereby files this Notice of Appearance and provides notice that Anthony F. Sabatini, Esq. enters his appearance as counsel for Plaintiff in this action, and requests that the Clerk include him on the service list for all notices, orders, pleadings, and other filings in this case via CM/ECF.

Date: February 3, 2026

                                                                                 Respectfully Submitted,

                                                                                 /s/ *Anthony Sabatini*
                                                                                 ANTHONY SABATINI, ESQ.
                                                                                 Sabatini Law Firm, P.A.

FL Bar 1018163<br>
1601 E. First Avenue<br>
Mount Dora, FL 32757<br>
(352)-455-2928<br>
anthony@sabatinilegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 3, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.