**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CONNOR HUNTLEY**

     **Plaintiff,**

**v.**                                                    **8:25-cv 1318-MSS-CPT**

**SYED SALMAN, a deputy sheriff of**
**Hillsborough County Sheriff's Office**
**in his individual and official capacity,**

**AMELIA J. TENNEY-LAMOUREUX,**
**a deputy sheriff of Hillsborough**
**County Sheriff's Office, in his**
**Individual and official capacity,**

**and CHAD CHRONISTER, in his**
**official capacity as Sheriff of**
**Hillsborough County,**

     **Defendants.**

_____/

**<u>DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE CD IN</u>**
**<u>SUPPORT OF DEFENDANTS' DISPOSITIVE MOTIONS FOR SUMMARY</u>**
**<u>JUDGMENT</u>**

     COME NOW, Defendant, Chad Chronister, in his official capacity as Sheriff

of Hillsborough County, and deputies SYED SALMAN and AMELIA J. TENNY-

LAMOUREUX, by and through the undersigned counsel, and file their Motion for

Leave to File CD in Support of Defendants' Dispositive Motions for Summary

Judgment, and as good cause in support thereof, state as follows:

1

1. Plaintiff brings claims against Defendants for an alleged violation of Fourth Amendment rights arising from an arrest for domestic violence.

2. Defendant SYED SALMAN was equipped with a body worn camera that recorded the entirety of the investigation.

3. Defendants SYED SALMAN and AMELIA J. TENNY-LAMOUREUX have filed a dispositive motion for summary judgment asserting their entitlement to qualified immunity because the arrest was made with probable cause, or alternatively, with arguable probable cause.

4. Sheriff Chad Chronister has filed a dispositive motion for summary judgment asserting that (1) there was no Fourth Amendment violation, and (2) even if such a violation occurred, the Sheriff's policies were not the moving force behind the violation.

5. The video of the investigation is a key pieces of evidence that the Court should consider when determining whether summary judgment is appropriate. *See Ratlieff v. City of Fort Lauderdale*, 748 F.Supp.3d 1202, 1235 (S.D. Fla. 2024)("the Court should not credit any version of events that contradicts unrebutted evidence captured on video."). This Court should have the benefit of this video when considering these outstanding motions.

WHEREFORE, Defendants, Chad Chronister, in his official capacity as Sheriff of Hillsborough County, and SYED SALMAN and AMELIA J. TENNY-LAMOUREUX respectfully request that this Honorable Court grant leave for Defendants to file a compact disc with the aforementioned video with the Court.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Prior to filing this motion with the Court, the undersigned counsel conferred with Plaintiff's counsel regarding the relief requested by this motion and there is no objection to the relief requested by this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2026, I electronically submitted the foregoing with the Clerk of the Court using the CM/ECF system, who will send electronic notice to all parties.

/s/Jeffrey D. Jensen - Trial Counsel
JEFFREY D. JENSEN, ESQUIRE
Attorney for Defendant
Post Office Box 3371
Tampa, Florida 33601
(813) 247-8102
(813) 242-1817 (Facsimile)
Electronic Mail: jjensen@teamhcso.com
Florida Bar No.: 021017

3