## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CONNOR HUNTLEY

    Plaintiff,

v.                                                    8:25-cv 1318-MSS-CPT

SYED SALMAN, a deputy sheriff of
Hillsborough County Sheriff's Office
in his individual and official capacity,

AMELIA J. TENNEY-LAMOUREUX
A deputy sheriff of Hillsborough
County Sheriff's Office, in his
Individual and official capacity,

and CHAD CHRONISTER, in his
official capacity as Sheriff of
Hillsborough County,

    Defendants.

_____/

### AFFIDAVIT OF SYED SALMAN

**STATE OF FLORIDA**

**COUNTY OF HILLSBOROUGH**

    **BEFORE ME**, the undersigned authority, personally appeared Deputy

Syed Salman, who by me first being duly sworn, deposes and says:



1. My name is Syed Salman, I am over the age of eighteen and have personal knowledge of the matters stated in this affidavit.

2. I am a certified law enforcement officer in the State of Florida and am employed as a Deputy Sheriff by the Hillsborough County Sheriff's Office, and was so certified and employed on January 1, 2023.

3. On January 1, 2023 I was dispatched to a domestic dispute at 10112 Hawthorne Place Drive, Apartment 204 in Hillsborough County at approximately 4:00 am.

4. When I arrived at the apartment, Tatiana Huntley advised us that during an argument her husband, Connor Huntley, pushed her, causing her to fall into a nearby baby crib. During the investigation Tatiana Huntley was placed under oath and provided a sworn verbal statement indicating that her husband had pushed her against her will. Tatiana Huntley also gave a written statement, attached as Exhibit A to this affidavit.

5. In the written statement Tatiana Huntley described a incident that occurred earlier that evening. Tatiana Huntley reported that her husband had been drinking and attempted to drive with their child in the vehicle. When Ms. Huntley stood behind the vehicle to prevent him from leaving he operated the vehicle in a manner that caused the vehicle to make contact with her.

6. I interviewed Connor Huntley at the apartment about the alleged battery that occurred in the apartment. Mr. Huntley denied that the battery occurred.

7. Based upon the totality of the circumstances, I determined that there was probable cause to arrest Connor Huntley for a simple battery.

8. I completed the criminal report affidavit attached as Exhibit B. Deputy Tenney-Lamoureux did not sign or otherwise author this affidavit.

9. During the investigation of this incident, I was wearing a body-worn camera. The video footage submitted as Exhibit B to the motion for summary judgment is a fair and accurate depiction of my investigation of this matter.

FURTHER AFFIANT SAYETH NOT

_____

Deputy Syed Salman

**STATE OF FLORIDA**

**COUNTY OF HILLSBOROUGH**

Sworn to and subscribed before me by means of [ ] physical presence or [ ] online notarization this _15_ day of __March__, 2026, by Deputy Syed Salman.

_____

Signature of Notary Public

> Notary Public State of Florida
> Aaron L Randall II
> My Commission  HH 606513
> Expires 10/27/2028

_Aaron L. Randall II_

Name of Notary Public

Personally Known __✓__; OR Produced Identification _____

Type of Identification Produced:



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### (BATTERY-SIMPLE)

GO# HS 2023-557
CLEARED BY ARREST

1 of 3                                    23-557

| Hillsborough County Sheriff's Office **WAIVERS / AFFIDAVITS** | ☐ Confidential Page ___ of ___ | Case No. 23-557 |

**Type of Incident** Domestic Battery

☒ **(Name of person signing)** Tatiana Huntley                              the undersigned

☒ **Document of Oath**

I am being placed under oath and swear or affirm that all statements which I give to Law Enforcement during this investigation are true and correct

✔ **V/W Code**   Tatiana Huntley
Print First Name and Last Name                                    Signature

**V/W Code** ___   Print First Name and Last Name ___                  Signature ___

**V/W Code** ___   Print First Name and Last Name ___                  Signature ___

**V/W Code** ___   Print First Name and Last Name ___                  Signature ___

☐ **Consent to be Interviewed**

I, [Int] ___ do hereby consent to being interviewed by the below listed Hillsborough County Sheriff's Office Law Enforcement Official concerning the above listed incident/offense and I further understand that:

1. I have the right to remain silent and can invoke this right at any time during questioning.
2. If I do make a statement, it can and will be used against me in a court of law;
3. I have the right to speak with and have an attorney present during questioning,
4. If I cannot afford an attorney, one will be appointed to me without charge before any questioning, if that is my desire,
5. If I wish to make any statement, I may invoke my right to an attorney or to remain silent at any time during the questioning
6. I understand these rights and no one has threatened, coerced or promised me anything in order to induce me to make a statement. I presently wish to make a statement and/or answer questions without an attorney being present

☐ **Waiver of Prosecution**

I, [Int] ___ request not to prosecute by the HILLSBOROUGH COUNTY SHERIFF'S OFFICE regarding my complaint. I am satisfied with the manner in which the investigation was conducted and release the Sheriff's Office of any responsibility regarding this complaint. I request that any further investigation not be pursued

☐ **False Information Affidavit (not to be used in lieu of Document of Oath)**

I, [Int] ___ certify that the statements made to the below listed Hillsborough County Sheriff's Office Law Enforcement Official concerning the above listed incident/offense were voluntarily made

☐ **Consent to Search/Waiver of Search Warrant**

I, [Int] ___ do hereby consent that the premises/vehicle located at ___ may be searched by any Hillsborough County Sheriff's Office Law Enforcement Official. This consent extends to the main building and any enclosures found on the property. I further agree that anything or any article that may be found in the search of the premises/vehicle may be used at trial in any manner of which I may stand accused. I fully understand my constitutional rights in regard to the search and it is my intention to fully and completely waive such rights by this consent. I give this consent freely and voluntarily, without compulsion or threat of any kind

**Signed this** ___ day of January 20 23 at 434 hours

**Subject** ___                    Witness ___

**Deputy** ___ S. 31936            Witness ___

**EXHIBIT**
**A**



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### (BATTERY-SIMPLE)

GO# HS 2023-557
CLEARED BY ARREST

2 of 3                    23-557

| Hillsborough County Sheriff's Office **STATEMENT** | ☐ **Confidential** Page 1 of 2 | 1 Case No. 23-557 | | | | |
|---|---|---|---|---|---|---|
| Name of Person giving Statement: Tatiana Huntley | | | Race white | Sex f | Age 26 | DOB ▮▮▮ |

Location at which Statement is taken:
10112 Hawthorne Place Drive apt. 204 Riverview FL 33578

We celebrated the New Year with our friends (Roman Pedorenkin and his dad Vitaliy). My husband (Connor Huntley) got drunk. We were about to leave about 2pm 2.30 am, and our daughter (Anna Huntley) was sleeping in her stroller bassinet. We (my friends and I) offered to go home by foot (they live across the street) with a stroller. My husband got mad and woke the baby up and put her in the carseat. And we all kept arguing about waking the baby up. After I refused to sit in the car he started moving and I was standing behind the car and he touched me (the back of the car). My friends gave me a ride. At home he was holding the baby (at ~3am) and crying and talked bad about me to our daughter. We argued, I called police and then police came he pretended as an innocent. And to police officer offered us to be separated for a night. My husband connor didn't want to leave, he had to work in the morning. And after some arguments I decided to leave and go to my friends (Clarks)

Signed this 1 day of January, 2023 at 434 hours

Subject: _____          Witness: _____

Deputy: _____ 31936             Witness: _____

3200 Rev 07/09



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### (BATTERY-SIMPLE)

GO# HS 2023-557
CLEARED BY ARREST

3 of 3                                23-557

| Hillsborough County Sheriff's Office **STATEMENT** | ☐ **Confidential** Page 2 of 2 | 1 Case No. 22-557 | | |
|---|---|---|---|---|
| Name of Person giving Statement: Tatiana Huntley | | Race whi | Sex f | Age 26 | DOB ■■■■ |

Location at which Statement is taken:
10112 Hawthorne Pl Drive apt. 204, Riverview, FL, 33578

But my husband took the key and put them in his underwear. I saw this and tried to take this but he pushed me to get away from me and I "fell" on the crib with my left hand and after he tried to pull me so I moved the crib with a baby (fortunately the baby is fine). And after this I called the police the second time. I recorded proofs of happened situation on my phone.

Signed this 1 day of January , 2023 at 434 hours.

Subject: _____

Deputy: _____ 31936

Witness: _____

Witness: _____

3200 Rev 07/09





# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### (BATTERY-SIMPLE)

**GO# HS 2023-557**
**CLEARED BY ARREST**

## MARSY'S LAW - CONFIDENTIAL VICTIM INFORMATION

### CRIMINAL REPORT AFFIDAVIT/HILLSBOROUGH COUNTY, FLORIDA

○ Supplemental Page   ○ Plant City Courthouse   ○ Notice To Appear   **CRA #:** HS23000023

○ Fel  ◉ M.sd  ○ (APAD) Adult Pre-Arrest Div  ○ Traffic  ○ Tampa Ord  ○ Juv Delinq  ○ JAAP   **Booking #:** 2023-31

**Arrest Type:** ◉ PC  ○ Warrant  ○ PC VOP/VOCC  | **Request:** ○ Warrant  ○ SAO Review Direct File  ○ JUV Pick-Up Order

**Court Case #** [  ]  **Family #** [  ]  **SOID #** [  ]

**Agency:** ◉ HCSO ○ TPD ○ PCPD ○ TTPD ○ FHP  ○ Other: _____   **Report #** 23-0000557   **Report Written** ◉ Yes ○ No

**Offense Location:** 10112 HAWTHORNE PLACE DR # 204 RIVERVIEW, FL 33578  **Offense Date:** 01/01/2023  **Offense Time:** 0353

**Arrest Location:** 10112 HAWTHORNE PLACE DR # 204 RIVERVIEW, FL 33578  **Arrest Date:** 01/01/2023  **Arrest Time:** 0428

**Defendant:** **Last Name** HUNTLEY   **First Name** CONNOR   **Middle Name** THOMAS   ○ Gang Name:

**Race** White  **Gender** ◉ M ○ F  **DOB** [REDACTED]  **DL#** H534118922600  **State** FLORIDA  **POB (City, State)** OHIO

**Address Street:** 10112 HAWTHORNE PLACE DR # 204  **City:** RIVERVIEW  **State:** FLORIDA  **Zip:** 33578

**School (JUV)**   **Parent/Guardian (JUV)**

**JAAP/APAD Inelegibility Reason:**
THE DEFENDANT DID NOT QUALIFY FOR APAD DUE TO PREVIOUS ARREST HISTORY AND THE CHARGES BEING DOMESTIC IN NATURE.

No Co-defendants Found

| Statute | Level | Degree | Charge | Count | Citation # | DV |
|---|---|---|---|---|---|---|
| 784.03(1)(A)1 | Misd | F | BATTERY (DVST0001) | 1 | | ◉ |

The undersigned swears there are reasonable grounds to believe that the above named defendant in Hillsborough County, Florida, did
On the above listed date, time and location, the defendant and the victim got into a verbal altercation. The altercation occurred with in the bedroom of the above mentioned location. The altercation became physical when the defendant unlawfully and knowingly pushed the victim with both hands. The victim fell on their baby's crib that was placed within their shared bedroom. Due to the defendant's actions, the victim suffered redness and minor scratches on her left elbow. This action was against the victim's will. The defendant and victim have been in a romantic relationship as husband and wife for approximately three years. The defendant and victim have also been currently living together as a family for approximately three years. The victim positively identified the defendant as the person who committed the battery at the incident scene. The defendant's identity was further positively identified via DHSMV photograph.

Pursuant to Florida Statute 902.525 and under penalties of perjury, I declare that I have read the foregoing document and the facts stated in it are true to the best of my knowledge. For Notices to Appear, I also certify that a complete list of witnesses and evidence known to me is attached.

**Affiant:** DEP S Salman  Digitally signed on 2023.01.01 05 09 00  | **Officer #** 258673  **DIST.** D5  **SQD.** D5504  | SWORN TO AND SUBSCRIBED BEFORE ME THIS DATE  SGT J Hallberg Calebro  Digitally signed on 2023.01.01 05 09 56  | **Officer #** 153485

Judgment requested against defendant for agency investigative cost per Florida Statute 938.27:   $46.20

**Victim** | **Last Name:** HUNTLEY | **First:** TATIANA | M. | **Race:** W | **Gender** ○ M ◉ F | **DOB** [REDACTED]

**Address:** 10112 HAWTHORNE PLACE DR # 204 | **City:** RIVERVIEW | **State:** FLORIDA | **Zip:** 33578 | **Primary Ph#:** (813) 323 2466

**Sworn:** ◉ Yes ○ No | **Email:** | **Vine:** ○ Yes ◉ No

### Arresting Agency
(SERVICE OF COURT DOCUMENTS may be served on the State Attorney's office at 'MailProcessingStaff@sao13th.com)

Page 1 of 1



**EXHIBIT**

B