## Jensen, Jeffrey D

| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **Sent:** | Wednesday, April 1, 2026 3:34 PM |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | Activity in Case 8:25-cv-01318-MSS-CPT Huntley v. Hillsborough County Sheriff's Office et al Order on Motion for Leave to File Document |

**CAUTION:** This email originated from an **External Source.** Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 4/1/2026 at 3:34 PM EDT and filed on 4/1/2026
**Case Name:**       Huntley v. Hillsborough County Sheriff's Office et al
**Case Number:**     8:25-cv-01318-MSS-CPT
**Filer:**
**Document Number:** 53(No document attached)

**Docket Text:**
**ENDORSED ORDER GRANTING [50] Defendants' Unopposed Motion for Leave to File CD in Support of Defendants' Dispositive Motions for Summary Judgment. Defendants may file the video referenced in the motion by delivering a flash drive or CD to the Clerk's office. Signed by Judge Mary S. Scriven on 4/1/2026. (CED)**

**8:25-cv-01318-MSS-CPT Notice has been electronically mailed to:**

Jeffrey D. Jensen    jjensen@teamhcso.com, mshutter@teamhcso.com

1

Stephanie Pidermann    sp@lydecker.com, evalido@lydecker.com, vatencio@lydecker.com, yc@lydecker.com

Anthony Frank Sabatini    anthony@sabatinilegal.com

Yina Cabrera    yc@lydecker.com, evalido@lydecker.com, jwalters@lydecker.com

Michelle Sylvia Maxwell    mmaxwell@teamhcso.com, mshutter@teamhcso.com

Juliana Tirado    Juliana.Tirado@myfloridalegal.com, Christina.Santacroce@myfloridalegal.com, Jehan.Azar@myfloridalegal.com

Gavin Rollins    gavin@sabatinilegal.com

**8:25-cv-01318-MSS-CPT Notice has been delivered by other means to:**