**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CONNOR HUNTLEY**

     **Plaintiff,**

**v.**                                 **8:25-cv 1318-MSS-CPT**

**SYED SALMAN, a deputy sheriff of**
**Hillsborough County Sheriff's Office**
**in his individual and official capacity,**

**AMELIA J. TENNEY-LAMOUREUX,**
**a deputy sheriff of Hillsborough**
**County Sheriff's Office, in his**
**Individual and official capacity,**

**and CHAD CHRONISTER, in his**
**official capacity as Sheriff of**
**Hillsborough County,**

     **Defendants.**
_____/

**DEFENDANTS', SYED SALMAN and AMELIA J. TENNY-LAMOUREUX**
**MOTION TO STAY DISCOVERY DURING PENDENCY OF MOTION FOR**
**SUMMARY JUDGMENT ASSERTING QUALIFIED IMMUNITY**

COME NOW, Defendants, SYED SALMAN and AMELIA J. TENNY-

LAMOUREUX, by and through the undersigned counsel, and file their Motion to

Stay Discovery During Pendency of Motion for Summary Judgment Asserting

Qualified Immunity, and as good cause in support thereof, Defendants would show:

1. Plaintiff has brought claims against Defendants in their individual capacity,

1

for alleged violations of Plaintiff's Fourth Amendment rights pursuant to 42 U.S.C. § 1983.

2. Defendants are deputy sheriffs employed by the Hillsborough County Sheriff's Office, and as such, is entitled to assert the defense of qualified immunity.

3. Qualified immunity is an immunity from suit, and the immunity is effectively lost if a defendant must endure the expense and burdens of litigation.

4. A stay of discovery during the pendency of the motions for qualified immunity is an appropriate means to ensure that these Defendants do not needlessly incur the expenses and burdens of this litigation.

WHEREFORE, Defendants, SYED SALMAN and AMELIA J. TENNY-LAMOUREUX, respectfully request that this Honorable Court enter an Order staying discovery during the pendency of the motions asserting qualified immunity.

## INCORPORATED MEMORANDUM OF LAW

Defendants, SYED SALMAN and AMELIA J. TENNY-LAMOUREUX, move this Honorable Court for an Order staying discovery during the pendency of the motion for summary judgment asserting qualified immunity for the reasons set forth below:

**I.    Qualified Immunity is Intended to Shield Government Officials from the Burdens of Litigation.**

2

"[Q]ualified immunity seeks to protect government officials from the cost of trial and the burdens of broad reaching discovery." *Carabalo-Sandoval v. Honsted*, 35 F.3d 521, 524 (11th Cir. 1994).  "Consequently, a court may resolve the issue of qualified immunity before allowing discovery." *Id.*

The Middle District has previously entered orders staying discovery pending resolution of qualified immunity. *See Squitieri v. Nocco*, 2021 WL 10170873 (M.D. Fla. 2021); *Foley v. Orange County*, 2022 WL 22860444 (M.D. Fla. 2022); *McClamma v. Remon*, 2013 WL 1502190 (M.D. Fla. 2013); *Berry v. Canady*, 2011 WL 806230 (M.D. Fla. 2011); *Conyers v. Antonelli*, 2023 WL 11878126 (M.D. Fla. 2023); *Iqbal v. Department of Justice*, 2013 WL 3903642 (M.D. Fla. 2013).

## II.    Plaintiff has no Need for Discovery Prior to Resolution of the Pending Motion Asserting Qualified Immunity

Plaintiff will not be unfairly prejudiced by a stay of discovery during the pendency of the motions asserting qualified immunity.  Defendants have filed a motion for summary judgment asserting their entitlement to qualified immunity, Plaintiff has filed his response, and Defendants have served a reply which did not include any new evidence.  As the motion has now been fully briefed, Plaintiff will not suffer any prejudice by a stay during the pendency of the motion.  Further discovery directed to these Defendants will encroach upon their qualified immunity and thwart the immunity from suit that it provides.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Prior to filing this motion with the Court, the undersigned counsel conferred with Plaintiff's counsel regarding the relief requested by this motion and Plaintiff's counsel has objected to the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2026, I electronically submitted the foregoing with the Clerk of the Court using the CM/ECF system, who will send electronic notice to all parties.

/s/Jeffrey D. Jensen - Trial Counsel
JEFFREY D. JENSEN, ESQUIRE
Attorney for Defendant
Post Office Box 3371
Tampa, Florida 33601
(813) 247-8102
(813) 242-1817 (Facsimile)
Electronic Mail: jjensen@teamhcso.com
Florida Bar No.: 021017

4